THE PEOPLE OF THE STATE OF NEW YORK EX REL. THE
MANHATTAN RAILWAY COMPANY, Appellant, *v.* EDWARD P.
BARKER et al., as Commissioners of Taxes and Assess-
ments of the City and County f New York, Respondents.

RE-ARGUMENT ordered October 30, 1896, with leave to
argue orally, only as to whether that clause of the Constitu-
tion which provides that "No unanimous decision of the
Appellate Division that there is evidence supporting or tend-
ing to sustain a finding of fact or a verdict not directed by
the court, shall be reviewed by the Court of Appeals," is
applicable to this appeal.

---

JANE A. BAKER et al., Respondents, *v.* THOMAS BROWN et al.,
Appellants.

(Submitted October 26, 1896; decided October 30, 1896.)

MOTION for re-argument denied, without costs. (See *ante*,
p. 567.)